# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ANDREW MOOREHEAD,**

    **Plaintiff,**

v.                                        **CASE NO. 3:19cv1622-MCR-HTC**

**ARAMARK CAMPUS LLC,**

    **Defendant.**

                                           /

## <u>O R D E R</u>

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 16, 2019. ECF No. 6. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The Defendant's Motion to Dismiss, ECF No. 3, is **GRANTED** in its entirety.

(3) This action is **DISMISSED** under Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim on which relief may be granted.

(4) The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 19th day of August 2019.

      *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**